IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA )
)
) Criminal Case No. 1:10CR 130
v. )
)
)
RAYMOND B. OGLESBY, SR. )

## ORDER TERMINATING SUPERVISED RELEASE

After full and due consideration of the Defendant's Motion for Termination of Supervised Release and considering the 18 U.S.C. § 3553 factors, the Court GRANTS the Defendant's Motion and hereby terminates his supervised release.

In so doing, the Court finds that the Defendant has successfully completed more than a year of Supervised Release supervision. As such, the Defendant qualifies for a modification of his sentence of Supervised Release within the meaning of 18 U.S.C. § 3583(e). Further, the Court finds that the termination is warranted by the conduct of the Defendant while released and is in the interests of justice.

SO ORDERED, this 19th day of September 2014.

J. RANDAL HALL
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA